IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZITO MEDIA, L.P., | : |
| | : 4:17-cv-1676 |
| Plaintiff, | : |
| | : Hon. John E. Jones III |
| v. | : |
| | : |
| JAMES M. HAGGERTY, FELICE C. HAGGERTY, JOSEPH HAGGERTY, and MICHELE HAGGERTY, | : |
| | : |
| Defendants. | : |

# ORDER

**May 29, 2018**

Presently before this are cross Motions for Summary Judgment. (Docs. 14 & 17). In conformity with the Memorandum issued on today's date, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Motion for Summary Judgment, (Doc. 14), is **DENIED.**

2. Defendants' Motion for Summary Judgment, (Doc. 17), is **GRANTED**.

3. The Clerk of the Court **SHALL CLOSE** the file on this case

                                                               s/ John E. Jones III
                                                           John E. Jones III
                                                           United States District Judge